IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02234-WYD-MEH

SCOTT GRABER,

      Plaintiff,

v.

AMERISPHERE MORTGAGE FINANCE, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2011.**

      The Joint Motion for Entry of Protective Order [filed November 28, 2011; docket #24] is **denied without prejudice**, and the proposed Stipulation and Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.

      In addition, should the parties file a renewed joint motion for protective order, they are directed to provide the Court with an electronic copy of the proposed order in usable format (Word, Word Perfect).